# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27401

Lawrence H. Cunningham, Clerk

June 9, 2026

TELEPHONE:
CIVIL (336) 332-6000

Clerk of Court
Forsyth County Superior Court
PO Box 20099
Winston-Salem, NC 27120

Dear Clerk**,**

**RE:** MDNC Case 1:25CV432; SOMERVILLE et al v. QUALITY OIL COMPANY, LLC et al. Forsyth County Superior Court Case: 25CVS2466.

An Order of Remand has been entered in this Court remanding this case to your court. Enclosed are the following:

1.Certified Copy of Order

2. Certified Copy of Docket sheet.

Counsel are responsible for forwarding copies of any documents filed with this court which they wish to be included in the state court action.

Please place your case number on the enclosed copy of this letter and acknowledge receipt in the area provided below.

Sincerely,

LAWRENCE H. CUNNINGHAM, CLERK

By: /s/ Abby Taylor
Deputy Clerk

at
Enclosures

______________________________
Name

06/09/2026
______________________________
Date

______________________________
Case Number